830

cuit Court of Appeals for the Eighth Circuit denied. *Messrs. Ralph T. Finley, James C. Jones, Lon O. Hocker, James C. Jones, Jr., Frank H. Sullivan,* and *Louis H. Cooke* for petitioner. *Mr. K. B. Randolph* for respondent.

No. 786. O'LEARY ET AL. *v.* UNITED STATES. March 23, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Philip A. McHugh* for petitioners. No appearance for the United States.

No. 664. ASSOCIATED FURNITURE CORP. *v.* UNITED STATES. March 23, 1931. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Robert H. Montgomery, Thomas G. Haight,* and *J. Marvin Haynes* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 705. UNITED STATES EX REL. STEFANO *v.* PULVER, U. S. MARSHAL, ET AL. March 23, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Antonio di Stefano, pro se. Mr. Eugene E. Kelly* for respondents.

No. 713. SAN DIEGO *v.* ATCHISON, TOPEKA & SANTA FE RY. CO. March 23, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. M. W. Conkling* for petitioner. *Messrs.*

*Robert O. Brennan* and *E. E. McInnis* for respondent.

No. 722. PIG STAND CO. *v.* DIXIEPIG CORP. ET AL. March 23, 1931. Petition for writ of certiorari to the Court of Civil Appeals, 5th Supreme Judicial District, of Texas, denied. *Mr. John Davis* for petitioner. No appearance for respondents.

No. 723. NORTHWESTERN LUMBER CO. *v.* WISCONSIN TAX COMMISSION ET AL. March 23, 1931. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. P. M. Beach* for petitioner. *Mr. John W. Reynolds* for respondents.

No. 724. JOHN S. OWEN LUMBER CO. *v.* WISCONSIN TAX COMMISSION ET AL. March 23, 1931. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. P. M. Beach* for petitioner. *Mr. John W. Reynolds* for respondents.

No. 725. RUST-OWEN LUMBER CO. *v.* WISCONSIN TAX COMMISSION ET AL. March 23, 1931. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. P. M. Beach* for petitioner. *Mr. John W. Reynolds* for respondents.

No. 726. NEW DELLS LUMBER CO. *v.* WISCONSIN TAX COMMISSION ET AL. March 23, 1931. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.